**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DWIGHT FAYLOR, )<br>)<br>    Plaintiff, )<br>)<br>v.   )<br>)<br>ST. FRANCIS MERCANTILE )<br>EQUITY EXCHANGE, )<br>)<br>    Defendant. ) | Case No: 09-1306-WEB-KMH |

**<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant St. Francis Mercantile Equity Exchange ("St. Francis"), removes to this Court the state court action described below:

1.   Plaintiff Dwight Faylor ("Plaintiff") filed an action in the District Court of Cheyenne County, Kansas against St. Francis, case no. 09CV22 (the "State Court Action"), on or about September 22, 2009.

2.   St. Francis was served on or about September 22, 2009.

3.   St. Francis is filing this Notice of Removal within thirty (30) days after receipt of the Petition. Thus, under 28 U.S.C. § 1446(b), St. Francis' time to remove and to answer have not yet expired.

4.   The State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because this Court has original jurisdiction under 28 U.S.C. § 1331 based upon a federal question in Plaintiff's Original Petition, including but not limited to the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq. and also supplemental jurisdiction of any state law claims pursuant to 28 U.S.C. § 1367. As the allegations in Plaintiff's Original Petition involve a

federal question, Defendant desires to remove said cause from state court to the United States District Court for the District of Kansas.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all pleadings and papers that have been filed and served in the State Court Action are attached to this Notice of Removal as Exhibit A.

6. The District Court of Cheyenne County, Kansas is within the District Court for the District of Kansas.

7. St. Francis will file in the District Court of Cheyenne County, Kansas its Notice to Adverse Party of Removal to Federal Court, attached to which will be a copy of this Notice of Removal.

WHEREFORE, Defendant St. Francis Mercantile Equity Exchange hereby notifies this Court, Plaintiff, and the District Court of Cheyenne County, Kansas that the above-captioned matter, now pending against it in the District Court of Cheyenne County, Kansas has been removed to this Court.

## DESIGNATION OF PLACE OF TRIAL

Defendant St. Francis Mercantile Equity Exchange hereby designates Wichita, Kansas as the place for trial.

Respectfully submitted,

/s/ Karen J. Halbrook
Karen J. Halbrook     (Kan. #14299)
Eric K. Lau           (Kan. #22059)
THE HALBROOK LAW FIRM, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: khalbrook@halbrooklaw.com
E-MAIL: elau@halbrooklaw.com

ATTORNEYS FOR DEFENDANT

Certificate of Service

The undersigned certifies that the foregoing was served electronically via operation of the Court's CM/ECF system to Mr. Jeffrey Mason, Vignery & Mason, LLC, 214 E. 10th St., Goodland, Kansas 67735, attorneys for Plaintiff, on this 7th day of October, 2009.

/s/ Karen J. Halbrook
Attorney for Defendant