## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DWIGHT FAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 09-1306-WEB-KMH |
| | ) |
| ST. FRANCIS MERCANTILE | ) |
| EQUITY EXCHANGE, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a), Plaintiff Dwight Faylor ("Faylor") and Defendant St. Francis Mercantile Equity Exchange ("St. Francis") stipulate to the dismissal of Faylor's claims against St. Francis in the above-captioned matter, with prejudice and with each party to bear its own costs.

Dated this 14th day of April, 2010.
.

Respectfully submitted,

| | |
|---|---|
| /s/ Karen J. Halbrook | /s/ Jeffery A. Mason |
| Karen J. Halbrook      (Kan. #14299) | Jeffery A. Mason (Kan. #11665) |
| THE HALBROOK LAW FIRM, PC | 214 E. 10th; P.O. Box 767 |
| 3500 West 75th Street, Suite 300 | Goodland, KS 67735-0767 |
| Prairie Village, Kansas 66208 | Telephone: 785-890-6588 |
| TEL: (913) 529-1188 | email: jamason@st-tel.net |
| FAX: (913) 529-1199 | ATTORNEYS FOR PLAINTIFF |
| E-MAIL: khalbrook@halbrooklaw.com | |
| ATTORNEYS FOR DEFENDANT | |